In the Matter of LAWRENCE T. McCLEAN, Appellant, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, and BARBARA JONES, Respondent. [746 NYS2d 409]

As the petitioner had the full period of time provided by statute to obtain the requisite valid signatures and failed to do so, the Supreme Court properly denied the petition (*see* Election Law § 13-100, as added by L 2002, ch 56). Altman, J.P., Krausman, Goldstein, Cozier and Rivera, JJ., concur.